LUCY MENIHAN, Respondent, v. WILLIAM G. MENIHAN, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

MINNIE G. BAUMANN, Respondent, v. JACOB MINAMON and Others, Respondents. WANDA G. BAUMANN, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

JESSE G. W. KREISS, Appellant, v. JACK WEAFER, Respondent.— Motion for leave to appeal to Court of Appeals granted, and question for review certified. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

HARRY STAHL, as Administrator, etc., of ARTHUR STAHL, Deceased, Respondent, v. FRANK X. ENGLERT, Respondent, and J. EARL DONNEN, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

BERTRAM E. WILSON and Another, Plaintiffs, v. OLIVER COSTICH COMPANY, INC., Defendant.— Motion for leave to appeal to Court of Appeals granted. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

JOHN M. COMSTOCK, as Executor, etc., of ELLA M. COMSTOCK, Deceased, Respondent, v. HELEN M. WILSON, Appellant.— Motion for leave to appeal to Court of Appeals granted, and question for review certified. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

HENRY S. HENSCHEL, Appellant, v. THEODORE H. KUHLMANN and GENERAL MORTGAGE COMPANY, Respondents.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

ELSIE GOTTSCHALL, Appellant, v. PETER GROSS, Respondent.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

HARRIET BOYD ANDREWS, Respondent, v. LYNDON M. BROWN, SR., Appellant.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Proceeding, under the GRADE CROSSING ELIMINATION ACT, for the Elimination of the Existing Highway-Railroad Crossings at Grade of the Railroads Operated by the NEW YORK CENTRAL RAILROAD COMPANY and Others, and Evans Center-Eden Part I County Highway No. 1565 Known as Pikes Road Crossings, etc. (Case No. 6001).— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JAMES O. SEBRING, Plaintiff, v. JOHN L. WHITE and Others, Defendants.— Injunction contained in order to show cause dated December 17, 1930, vacated. (See Civ. Prac. Act, §§ 882,* 897.) Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

* Amd. by Laws of 1930, chap. 378.— [REP.